**Jamel O. FRAZIER, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, Defendant–Appellee,**

and

**Ken Mason, individually; Aaron Everett, individually; Lyndo Tippett, as Secretary of the North Carolina Department of Transportation, Defendants.**

No. 03–2384.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 13, 2004.

Decided: Sept. 15, 2004.

Ralph T. Bryant, Jr., Ralph T. Bryant, JR., P.A., Havelock, North Carolina, for Appellant.

Roy Cooper, Attorney General, Tina A. Krasner, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jamel O. Frazier appeals the district court's order granting summary judgment to the Defendants in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Frazier v. North Carolina Dep't of Transp.,* Nos. CA–02–15–4–H; CA–02–111–4–H (E.D.N.C. Oct. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*